UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FINANCIERA DE DESARROLLO INDUSTRIAL Y
COMERCIAL, S.A.,

           Plaintiff,   05 Civ. 2761 (RO)

    -against-           **STIPULATION AND ORDER**

PEPSI COLA COMPANY,

           Defendant.
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff Financiera De Desarrollo Industrial Y Comercial, S.A. ("FIDEICOSA"), and defendant Pepsi Cola Company ("PepsiCo"), that all proceedings in this action will be stayed until thirty days after either party sends written notice to the other party that the initiating party intends to end the stay or a different time so ordered by this Court. PepsiCo does not hereby concede that the filing of the Complaint in this action was proper and reserves all rights to contest the filing of this Complaint at a later date.

Dated:  New York, New York
     March 29, 2005

PROSKAUER ROSE LLP         FREEMAN LEWIS LLP

By: _____     By: _____
Louis M. Solomon (LS- 7906)       Robert Y. Lewis (RL-6931)
1585 Broadway            228 E. 45TH Street
New York, New York 10036       New York, New York 10017
(212) 969-3000            (212) 980-4050
Attorneys for Defendant         Attorneys for Plaintiff FIDEICOSA
PepsiCo

SO ORDERED:

_____
Judge Richard Owen

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/05