```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/09/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FINANCERIA DE DESARROLLO INDUSTRIAL :
Y COMERCIAL, S.A.,                                                      :
                                                                                       :
                                Plaintiff,    :    1:05-cv-2761-GHW
                                                                                       :
              -against-                               :             ORDER
                                                                                       :
PEPSI COLA COMPANY,                                              :
                                                                                       :
                            Defendant.  :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court has received and reviewed the proposed consent orders granting substitutions of attorneys filed by Plaintiff. Dkt. Nos. 47 and 48. The Court declines to enter those proposed orders because they do not fully comply with Local Rule 1.4. Under Local Rule 1.4, such proposed orders must be signed by all parties to the litigation. Alternatively, counsel may move for leave to withdraw.

      SO ORDERED.

Dated: September 9, 2020
New York, New York
                                                                GREGORY H. WOODS
                                                    United States District Judge